BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

NICHOLAS A. REYES
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:12-MJ-00032-JLT |
|---|---|
| *Plaintiff,* | ) |
| | ) Government's Motion to Dismiss |
| v. | ) |
| | ) Date: |
| **TINDALL, ROBERT R.**, | ) Time: |
| | ) Place: Edwards Air Force Base |
| *Defendant.* | ) Judge: Hon. Jennifer L. Thurston |
| _____ | ) |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss with prejudice, the case 5:12-MJ-00032-JLT, against Robert R. Tindall, in the interest of justice.

                                            Respectfully Submitted

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: 12 December 2012

                              By    /s/ Nicholas A. Reyes_____
                                            NICHOLAS A. REYES
                                            Special Assistant United States Attorney

# **O R D E R**

1

2  **IT IS SO ORDERED.**  That the case against Robert R. Tindall, case 5:12-MJ-00032-JLT be

3  dismissed, with prejudice, in the interest of justice.

4

5  IT IS SO ORDERED.

6

7  Dated:   **December 12, 2012**                                  **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28